**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NICOLAI ZHARKOI,

|  |  |
|---|---|
| Petitioner, | 26 **CIVIL** 684 (JMF) |
| -against- | **JUDGMENT** |

KRISTI NOEM, the Secretary of the Department
of Homeland Security, et al.,

                           Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 27, 2026, the Petition for

the writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
             January 29, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**          K. mango
_____
**Deputy Clerk**