UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICOLAI ZHARKOI,                                                  :
:
:
                      Petitioner,                    :
:     26-CV-684 (JMF)
      -v-                                                         :
:     ORDER
:
KRISTI NOEM, *the Secretary of the Department of*                 :
*Homeland Security*, et al.,                                      :
:
                      Respondents.                   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 27, 2026, the Court ordered Respondents to release Petitioner Nicolai Zharkoi — and file certification thereof — by the same day at 6:00 p.m. ECF No. 6. Chambers emailed a copy of the Order to counsel for Respondents at 4:21 p.m.; at 4:30 p.m., counsel for Respondents acknowledged receipt. Notwithstanding the Court's Order, Respondents did not file a letter confirming Petitioner's release until 7:09 p.m. *See* ECF No. 7. Further, the letter stated that while counsel had "relayed the Court's order to ICE immediately upon receipt," ICE did not release Petitioner under 6:40 p.m. — i.e., after the Court's deadline. *Id.*

        Although the delay was not substantial, deadlines and Court orders matter. Accordingly, no later than **February 2, 2026,** Respondents shall file a declaration from an ICE official with personal knowledge explaining why ICE failed to release Petitioner by the Court's deadline.

        SO ORDERED.

Dated: January 29, 2026                  _____
      New York, New York                          JESSE M. FURMAN
                                                    United States District Judge